UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DAVID GREEN ET AL    CIVIL DOCKET NO. 3:22-CV-00884

     Plaintiffs

v.

CITY OF MONROE ET AL    JUDGE TERRY A. DOUGHTY

          MAG. JUDGE KAYLA D. MCLUSKY

Defendants

<u>NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, DAVID GREEN ET AL, Appellants, and gives the following notice of appeal to the United States Court of Appeals for the Fifth Circuit, New Orleans, Louisiana, from the judgments of the trial court in favor of all Defendants BRFHH MONROE, L.L.C. D/B/A/ OCHSNER LSU HEALTH-MONROE against Appellants, signed on March 26, 2025, CITY OF MONROE against Appellants signed on April 7, 2025, and LAWERENCE MOORE AND RUSSELL MCCALL against Appellants signed on April 8, 2025 based on the trial court's judgments granting the herein named Defendants/ Appellees Motions for Summary Judgment and dismissing Appellants' claims with prejudice.**

1

Respectfully Submitted:

/s/ *Carol D. Powell Lexing*

**Carol D. Powell Lexing**
**Law Office of Carol D. Powell Lexing**
**& Associates (PLC)**
**2485 Tower Drive, Ste. 6**
**Monroe, Louisiana 71201**
**Telephone: (318) 324-0700**
**Facsimile: (318) 324-0702**
**Email: legaldove2@yahoo.com**
**Bar Roll No. 21033**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on the 25th day of April, 2025.

/s/ *Carol D. Powell Lexing*

**Carol D. Powell Lexing**

2